UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACAL LUCKY WILSON | CIVIL ACTION |
| VERSUS | NO. 11-652 |
| WARDEN N. BURL CAIN, ET AL. | SECTION "R" (1) |

## ORDER AND REASONS

Plaintiff, Lacal Wilson, a state prisoner currently incarcerated in the Louisiana State Penitentiary, in Angola, Louisiana, has submitted an application to proceed *in forma pauperis* in connection with the above-captioned complaint. This is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1E(b)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility,

brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff is a frequent litigant in federal court. While incarcerated, he has filed or attempted to file numerous civil rights complaints. At least three of those civil actions were dismissed as frivolous, malicious, and/or for failure to state a claim: *Wilson v. McElevans*, Civil Action No. 94-3144 "F"(5) (E.D. La.); *Wilson v. Canulette, et al.*, Civil Action No. 95-277 c/w 95-292 "J"(4) (E.D. La.); *Wilson v. Canulette, et al.*, Civil Action No. 97-1977 "T"(2) (E.D. La.).[1] Accordingly, plaintiff may not proceed as a pauper in this action unless he fits within the "imminent danger" exception of § 1915(g).

Plaintiff has filed this complaint pursuant to 42 U.S.C. § 1983, alleging that a prison officer stole his radio and other items from his cell. He requests monetary damages. (Rec. Doc. No. 1, Complaint). Plaintiff's claims do not relate to his present physical safety, and he has not alleged an imminent danger of serious physical injury.

---

[1] Additionally, plaintiff has on numerous occasions been denied permission to proceed *in forma pauperis* based on his history of frivolous litigation. *Wilson v. Dr. Richard D. Ingelse, et al.*, Civil Action No. 05-1876 "A"(5); *Wilson v. Peachey*, Civil Action No. 05-0219 "S"(5); *Wilson v. Dr. Richard Inglese's, et al.*, Civil Action No. 04-2688 "N"(1) (E.D. La.); *Wilson v. Green, et al.*, Civil Action No. 04-2127 "C"(3) (E.D. La.); *Wilson v. Medical Staff*, Civil Action No. 04-1881 "N"(3) (E.D. La.); *Wilson v. Peachey, et al.*, Civil Action No. 04-1464 "F"(3) (E.D. La.); *Wilson v. Johnson, et al.*, Civil Action No. 03-2209 "F"(5) (E.D. La.);*Wilson v. McElveen*, Miscellaneous Action No. 03-1936 "N"(4) (E.D. La.); *Wilson v. Trans.*, Miscellaneous Action No. 03-1618 "F"(3) (E.D. La.); *Wilson v. McElveen*, Miscellaneous Action No. 03-326 "F"(4) (E.D. La.).

Therefore, plaintiff cannot be allowed to bring this action as a pauper under 28 U.S.C. § 1915.  Accordingly,

For all of the foregoing reasons, **IT IS ORDERED** that the plaintiff's application to proceed *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915 because plaintiff has previously filed three or more civil actions that have been dismissed as frivolous, malicious or for failure to state a claim.

New Orleans, Louisiana, this 28th  day of March, 2011.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE